requiring the defendant to pay them a certain sum allowed to them as attorneys for the defendant on a trial for murder, for the compensation of expert witnesses.

*Robert M. Moore* for appellants.

*John Whalen, Corporation Counsel (Theodore Connoly* of counsel), for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OAKWOOD et al., Respondents, *v.* THE CITY OF SYRACUSE, Appellant.

*People ex rel. Oakwood* v. *City of Syracuse,* 59 App. Div. 626, affirmed.
(Argued October 3, 1901; decided October 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made March 12, 1901, which affirmed an order of Special Term canceling an assessment against relators for the construction of a sewer.

*James S. Thorn* and *M. Z. Haven* for appellant.

*E. J. Northrup* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and LANDON, JJ. Not sitting: VANN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CITY CHURCH EXTENSION AND MISSIONARY SOCIETY OF THE METHODIST EPISCOPAL CHURCH, Appellant, *v.* BIRD S. COLER, as Comptroller of the City of New York, Respondent.

*People ex rel. N. Y. City Church, etc., Socy.* v. *Coler,* 60 App. Div. 77, affirmed.
(Argued October 3, 1901; decided October 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April